ORIGINAL



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEE VAUGHN WALKER (1),<br>     aka "Lee Dog",<br>MELVIN ALEXANDER (2),<br>JOSE GALVAN RICO (3),<br>     aka "Mija",<br>ELEODORO CASTILLO (4),<br>     aka "Onko",<br>DAPHNE ROSALINDA JACKSON (5),<br>     aka Daphne R. Rae,<br>BERNAL ANTHONY MITCHELL (6),<br>     aka "Tony",<br>ALLEN MATTHEW BAKER Jr. (7),<br>     aka "J.R.", aka Tracy Reyard Diggs,<br>     aka Marcus Johnson,<br>MICHAEL DWAYNE TRYALS (8),<br>     aka "Texas Mike", aka Michael Tryls,<br>     aka Dave Brooks, aka Leon Howard<br>     Blair, aka Earl David Hollis,<br>BOBBY SHAWN LOCKHART (9),<br>     aka "Blue",<br>ALEXANDER WEIR IV (10),<br>     aka "Brick",<br>ALEXANDER WEIR V (11),<br>     aka "Lil' Brick",<br>FELIPE MEDINA (12),<br>MELVIN ANDRE BIBBS (13),<br>MARK EDWARD RUNNELS (14),<br>     aka "Marky Mark",<br><br>          Defendants. | Magistrate No. 08MJ0132<br><br>**ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

3

1       IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously

2  filed in the above-captioned matter on January 16, 2008, be unsealed.

3       IT IS SO ORDERED.

4       DATED: _1-16-08_

5

6          HONORABLE NITA L. STORMES
             United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28