| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ANDREW G. SCHOPLER |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 236585 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5836 / Fax: (619) 235-2757 |
| | Email: Andrew.Schopler@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0256-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| LEE VAUGHN WALKER, et al. | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None.

//

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: February 12, 2008

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          /s/ *Andrew G. Schopler*
          ANDREW G. SCHOPLER
          Assistant United States Attorney
          Attorneys for Plaintiff
          United States of America
          Email: Andrew.Schopler@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LEE VAUGHN WALKER, et al.<br><br>　　　　　Defendant. | Criminal Case No. 08CR0256-L<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　　I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
　　　　I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　　1.　　Mark F. Adams, Esq.  markadamsesq@yahoo.com
　　　　2.　　Lynn H. Ball, Esq. lhball@sbcglobal.net,
　　　　3.　　Douglas C. Brown, Esq. dcbrow@pacbell.net
　　　　4.　　Mary A. Franklin, Esq. gr8lawr21@netzero.com
　　　　5.　　Shaun Kohojayan, Esq. shaun@khojayan.com
　　　　6.　　Benjamin P. Lechman, Esq. benlechman@hotmail.com
　　　　7.　　Stephen D. Lemish, Esq. Slemish785@aol.com
　　　　8.　　Mahir Twefik Sherif, Esq. mahirsherif@sbcglobal.net
　　　　9.　　Stephen Patrick White, Esq. spw1@sbcglobal.net
　　　　10.　　Antonio Yoon, Esq.  antonioyoon@cox.net
　　　　11.　　John C. Lemon, Esq.  jlemon@san.rr.com

　　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　　N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　Executed on February 12, 2008.

　　　　　　　　　　　　　　　　/s/ *Andrew G. Schopler*
　　　　　　　　　　　　　　　　ANDREW G. SCHOPLER
　　　　　　　　　　　　　　　　Assistant U.S. Attorney